UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE PIAZZA, Jr., | ) | No. CV 07-1202-DOC(CW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| LANDY CLEAVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a de novo determination with respect to those portions of the Report and Recommendation as to which objection has been made.[1]

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that the motion to dismiss (docket no. 44, filed June 20, 2008) be granted; (3) that Plaintiff's complaint be dismissed, without leave to amend, as to the Bivens claims against the Federal Bureau of Prisons and official

---

[1] Plaintiff filed objections. Defendants did not file objections or a response to Plaintiff's objections.

1  capacity defendant Warden Sanders; and (4) that this action be
2  dismissed, with prejudice, for lack of subject-matter jurisdiction, as
3  to the Federal Bureau of Prisons and official capacity defendant
4  Warden Sanders only.[2]

5  **IT IS FURTHER ORDERED** that this order and the judgment herein be
6  served on the parties.

8  DATED:   April 8, 2010

            _/s/ David O. Carter_
            _____
            DAVID O. CARTER
            United States District Judge

---

[2] This dismissal does not affect Plaintiff's remaining claims against Officer Cleaver and the United States.