**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOE PIAZZA, Jr., | ) | No. CV 07-1202-DOC(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| LANDY CLEAVER, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that summary judgment is hereby granted in favor of Defendants Cleaver and the United States; and that this action is dismissed, for lack of subject-matter jurisdiction, with respect to Defendants Federal Bureau of Prisons and Warden Sanders in an official capacity.

DATED: January 30, 2011

*David O. Carter*
DAVID O. CARTER
United States District Judge